v.

**Richard Arthur MCCLURE, Defendant–Appellant.**

No. 03–20373.
Conference Calendar

United States Court of Appeals, Fifth Circuit.

Oct. 22, 2003.

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Martine JIMENEZ, also known as Jose Guadalupe Ortiz, Defendant–Appellant.**

No. 02–20870.
Conference Calendar

United States Court of Appeals, Fifth Circuit.

Oct. 22, 2003.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

James Lee Turner, Assistant US Attorney, US Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Martine Jimenez, pro se, Big Spring, TX, for Defendant–Appellant.

Before KING, Chief Judge, and JOLLY and STEWART, Circuit Judges.

PER CURIAM.*

The attorney appointed to represent Martine Jimenez has moved for leave to withdraw and has filed a brief as required by *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Jimenez filed a response. Our independent review of the briefs, the record, and Jimenez's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities in the case, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.